IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

S.F.,

    Plaintiff,　　　　　　　　　　　　　　　　　　　ORDER

  v.　　　　　　　　　　　　　　　　　　　　　　　　11-cv-519-slc

GARY HAMBLIN, BRADLEY HOMPE,
JEFFREY PUGH, JERRY SWEENY
and DOES 1-5,

    Defendants.

---

This is a civil action filed by plaintiff alleging violations of his Eighth and Fourteenth Amendment rights. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff's monthly income is $235, which makes his annual income $2,820. Because plaintiff's income well below the $16,000 threshold, I find that he is unable to prepay the fees and costs of commencing this action or to give security therefore. Therefore, plaintiff's request will be granted.

Plaintiff has also filed a motion to seal the motion for leave to proceed *in forma pauperis* because it contains his complete name and for permission to use plaintiff's initials in place of his name in all captions and publicly filed documents, dkt. 2. Plaintiff motion says that he wishes to protect his privacy and to prevent further embarrassment and to protect his and his family's safety. This motion will also be granted at this time.

ORDER

IT IS ORDERED that

1. Plaintiff's request for leave to proceed *in forma pauperis*, dkt. 2, is GRANTED.

2. Plaintiff's motion to seal the motion for leave to proceed *in forma pauperis* and for the use of plaintiff's initials in all public filings in this case, dkt. 3, is GRANTED. All filings in this case shall only contain plaintiff's initials in place of the first and last name until otherwise directed by the court.

Entered this 26th day of July, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge